## Joseph Wasner
### v.
## The People ex rel.

STATEMENT.—This case is similar to the preceding, and is reversed for the same reasons.

APPEAL from the Circuit Court of St. Clair county; the Hon. Amos Watts, Judge, presiding.    Opinion filed April 2, 1880.

Mr. R. A. Halbert and Mr. M. Millard, for appellant.

Messrs. G. & G. A. Koerner, for appellee.

Casey, J.    The same question arises in this case as in the case of Minck v. The People ex rel. (*ante* 127), decided at this term and the judgment of the Circuit Court is reversed and the cause remanded for the same reason.

Reversed and remanded.